JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ABHISHEK NONE,

          Petitioner,

   v.

FERETI SEMAIA, et al.,

          Respondents.

Case No. 5:26-cv-03020-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: June 11, 2026

                                 /s/

                        ROZELLA A. OLIVER
                        UNITED STATES MAGISTRATE JUDGE